IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re
**PITTSBURGH CORNING CORPORATION,** )
)
)
Debtor, )
)
**PPG INDUSTRIES, INC.,** )
)
Plaintiff, )
)
v. ) 2:16cv1226
) **Electronic Filing**
**ARGONAUT INSURANCE COMPANY,** )
**CERTAIN UNDERWRITERS AT** )
**LLOYD'S LONDON AND CERTAIN** )
**LONDON MARKET INSURANCE** )
**COMPANIES, LAMORAK** ) Bankruptcy No. 00-22876 - TPA
**INSURANCE COMPANY** as successor in ) Adversary Proceeding No. 00-2201 - TPA
interest to Employers Commercial Union )
Insurance and as successor in interest of )
Employers Liability Assurance Corporation )
Limited Formerly known as ONEBEACON )
AMERICA INSURANCE COMPANY )
formerly known as COMMERICIAL )
UNION INSURANCE COMPANY, )
**GOVERNMENT EMPLOYEES** )
**INSURANCE COMPANY** ('Geico'), )
**STONEWALL INSURANCE** )
**COMPANY**, **NORTHWESTERN** )
**NATIONAL INSURANCE COMPANY** )
(as successor to Bellefone Ins. Co., )
**EMPLOYERS MUTUAL CASUALTY** )
**COMPANY, NORTH STAR** )
**REINSURANCE CORPORATION,** )
**NATIONAL CASUALTY COMPANY,** )
**SENTRY INSURANCE** a Mutual )
Company, as the assumptive reinsurer for )
Great Southwest Fire Insurance Company, )
"Certain Insurers", )
)
Defendants. )

**ORDER OF COURT**

AND NOW, this 29th day of August, 2016, upon due consideration of (1) defendants'

motion to withdraw the reference to district court and (2) Judge Agresti's order of August 24,

2016, (Doc. No. 422 in Adversary Proceeding No. 00-2201 – TPA) dismissing the above-referenced adversary proceeding for lack of subject matter jurisdiction, IT IS ORDERED that [1] movant's motion to withdraw the reference be, and the same hereby is, denied as moot and the above-captioned proceeding be, and the same hereby is, dismissed for lack of subject matter jurisdiction.  This ruling is without prejudice to Plaintiff PPG Industries pursuing any claims for relief it may have in an appropriate forum; and

       IT FURTHER IS ORDERED that the Clerk shall mark this case closed.

       s/David Stewart Cercone
       David Stewart Cercone
       United States District Judge

cc:    David F. McGonigle, Esquire
       David A. Murdoch, Esquire
       Thomas M. Crawford, Esquire
       Eileen McCabe, Esquire
       Michael A. Shiner, Esquire
       Anna Sosso, Esquire
       Thomas V. Gebler, Jr., Esquire
       John M. Giunta, Esquire

(*Via CM/ECF Electronic Mail*)